AO 91 (Rev. 08/09) Criminal Complaint

# UNITED STATES DISTRICT COURT

for the

District of Columbia

United States of America
v.
MELISSA FARRIS
DOB: xx/xx/xxxx

*Defendant(s)*

Case: 1:26-mj-00140
Assigned To : Sharbaugh, Matthew J.
Assign. Date : 8/14/2026
Description: COMPLAINT W/ARREST WARRANT

## CRIMINAL COMPLAINT

I, the complainant in this case, state that the following is true to the best of my knowledge and belief.

On or about the date(s) of August 13, 2026 in the county of ____________ in the ____________ District of Columbia, the defendant(s) violated:

| *Code Section* | *Offense Description* |
|---|---|
| 18 U.S.C. § 1361 | Willfully Injured or Committed a Depredation against Property of the United States. |
| 18 U.S.C. § 1369 | Destruction of Veterans' Memorial. |

This criminal complaint is based on these facts:

SEE ATTACHED STATEMENT OF FACTS

☑ Continued on the attached sheet.

*Complainant's signature*

Christopher Edmund, Detective, USPP

*Printed name and title*

Attested to by the applicant in accordance with the requirements of Fed. R. Crim. P. 4.1 by Telephone (specify reliable electronic means).

Date: 08/14/2026

*Judge's signature*

City and state: Washington, DC

Matthew J. Sharbaugh, U.S. Magistrate Judge

*Printed name and title*