AO 442 (Rev. 01/09) Arrest Warrant

# UNITED STATES DISTRICT COURT

for the

District of Columbia

United States of America
v.
MELISSA FARRIS

*Defendant*

) Case: 1:26-mj-00140
) Assigned To : Sharbaugh, Matthew J.
) Assign. Date : 8/14/2026
) Description: COMPLAINT W/ARREST WARRANT

## ARREST WARRANT

To: Any authorized law enforcement officer

**YOU ARE COMMANDED** to arrest and bring before a United States magistrate judge without unnecessary delay

*(name of person to be arrested)* MELISSA FARRIS ,

who is accused of an offense or violation based on the following document filed with the court:

☐ Indictment ☐ Superseding Indictment ☐ Information ☐ Superseding Information ☑ Complaint
☐ Probation Violation Petition ☐ Supervised Release Violation Petition ☐ Violation Notice ☐ Order of the Court

This offense is briefly described as follows:

18 U.S.C. § 1361 - Willfully Injured or Committed a Depredation against Property of the United States.

18 U.S.C. § 1369 - Destruction of Veterans' Memorial.

Date: 08/14/2026

[signature]
*Issuing officer's signature*

City and state: Washington, DC

Matthew J. Sharbaugh, U.S. Magistrate Judge
*Printed name and title*

**Return**

This warrant was received on *(date)* 8/14/26 , and the person was arrested on *(date)* 8/14/26
at *(city and state)* Alexandria, VA .

Date: 8/14/26

[signature]
*Arresting officer's signature*

Jonah Ernst DUSM
*Printed name and title*