**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**

**Holding a Criminal Term**

**Grand Jury Sworn in on April 30, 2026**

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | : | **CRIMINAL NO.** |
| **v.** | : | **MAGISTRATE NO. 26-MJ-140** |
| **MELISSA FARRIS,** | : | **VIOLATIONS:**<br>**18 U.S.C. § 1369**<br>**(Destruction of Veterans' Memorial)** |
| **Defendant.** | : | **18 U.S.C. § 1361**<br>**(Destruction of Government Property)** |

**INDICTMENT**

The Grand Jury charges that:

**COUNT ONE**

On or about August 13, 2026, within the District of Columbia, **MELISSA FARRIS**, did willfully injure, or attempt to injure, any structure, plaque, statute, and other monument on public property commemorating the service of any persons in the armed forces of the United States of America, that is, the World War II Memorial which is located on the National Mall, on property owned by, and under the jurisdiction of, the Federal Government.

(**Destruction of Veterans' Memorial**, in violation of Title 18, United States Code, Section 1369)

**COUNT TWO**

On or about August 13, 2026, within the District of Columbia, **MELISSA FARRIS**, did willfully injure and commit depredation against property of the United States, and of any department and agency thereof, and any property which has been and is being manufactured and constructed for the United States,

and any department or agency thereof, that is, the World War II Memorial which is located on the National Mall, causing damage in an amount more than $1,000.

(**Destruction of Government Property**, in violation of Title 18, United States Code, Section 1361)

A TRUE BILL:

FOREPERSON.

JEANINE FERRIS PIRRO
United States Attorney

GAURI GOPAL
Assistant United States Attorney